[No. 21216-1-II.    Division Two.    July 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES F. GOULD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00289-8, Gordon Godfrey, J., entered September 23, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 35754-9-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES W. SHOOP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03048-1, George A. Finkle, J., entered December 9, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 37692-6-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY THOMAS GREEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07608-2, Robert H. Alsdorf, J., entered October 23, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37699-3-I.    Division One.    July 14, 1997.]

*In the Matter of the Marriage of* KRISTINA MARIE YERABEK, *Respondent*, and DALE EUGENE YERABEK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-02034-7, Bonnie Thurston, J. Pro Tem., entered November 13, 1995. *Remanded* by unpublished per curiam opinion.